FILED
2024 APR 1 AM 4:13
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| EMILIE DEAN BENTLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G. SCOTT WHITTAKER,<br><br>　　　　Defendant. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)**<br><br>Case No. 2:24-cv-00173<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Pro se Plaintiff Emilie Dean Bentley filed a Motion to Proceed *In Forma Pauperis* (without paying fees).[1] Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[2] To proceed *in forma pauperis* under § 1915, Ms. Bentley must show a financial inability to pay the required filing fee.[3]

　　　　Because the information in Ms. Bentley's motion is insufficient to determine whether she qualifies for waiver of the filing fee, the court issued an order to supplement, noting Ms. Bentley's motion was deficient.[4] The court instructed Ms. Bentley to supplement or resubmit her motion by March 18, 2024, and warned her that

---

[1] ("Mot.," Doc. No. 1.)

[2] 28 U.S.C. § 1915(a)(1).

[3] *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

[4] (Order to Suppl. Mot. to Proceed *In Forma Pauperis*, Doc. No. 3.)

1

failure to do so could result in the motion being denied.[5]  Ms. Bentley did not supplement her motion within the deadline in the court's order, or anytime thereafter.  Because Ms. Bentley did not correct the deficiencies in her motion, she has failed to show financial inability to pay the filing fee.

Accordingly, the undersigned RECOMMENDS[6] the district judge DENY the motion.[7]  The undersigned further RECOMMENDS Ms. Bentley be given thirty (30) days in which to pay the filing fee.  The court will send copies of this Report and Recommendation to Ms. Bentley, who the court notifies of her right to object to it.[8]  Ms. Bentley must file any objection to this Report and Recommendation within fourteen (14) days.  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 1st day of April, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[5] (Order to Suppl. Mot. to Proceed *In Forma Pauperis* 2, Doc. No. 3.)

[6] IFP status is generally denied through a report and recommendation issued by a magistrate judge.  *See, e.g.*, *Johnson v. Hertz Corp.*, No. 22-6092, 2022 U.S. App. LEXIS 29345, at *2 (10th Cir. Oct. 21, 2022) (unpublished) (affirming IFP denial based on a magistrate judge's report and recommendation adopted by the district court).

[7] (Doc. No. 1.)

[8] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).